Dean BODENSCHATZ,
Plaintiff-Appellant,

v.

McDONNELL DOUGLAS CORP., and
Industrial Indemnity Corp.,
Defendant-Respondent.

No. 48573.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 29, 1985.

David C. Godfrey, Clayton, for plaintiff-appellant.

Edward M. Vokoun, St. Louis, for defendant-respondent.

## ORDER

PER CURIAM:

Appellant Dean Bodenschatz appeals from a decision of the St. Louis County Circuit Court, affirming the final judgment of the Labor and Industrial Relations Commission, which held that appellant had not developed an occupational disease, and was thus ineligible for Worker's Compensation benefits. The evidence in support of the Commission's judgment being sufficient and no error of law appearing, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).